**John HAMRICK, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 39979.**

Missouri Court of Appeals,
Western District.

Aug. 23, 1988.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 4, 1988.

Application to Transfer Denied Nov. 15, 1988.

Robert G. Duncan, Kansas City, for appellant.

William L. Webster, Atty. Gen., Christopher M. Kehr, Asst. Atty. Gen., Jefferson City, for respondent.

Before CLARK, P.J., and
LOWENSTEIN and FENNER, JJ.

ORDER

PER CURIAM.

Appeal from denial of Rule 27.26 motion for post-conviction relief.

Affirmed. Rule 84.16(b).

**Stephen C.S. CHEN and Stella S.Y. Ho Chen, Appellants,**

v.

**Edgar O. NAPIER and Betty Napier, Respondents.**

**No. WD 40012.**

Missouri Court of Appeals,
Western District.

Aug. 23, 1988.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 4, 1988.

Application to Transfer Denied Nov. 15, 1988.

John W. Ellinger, Jefferson City, for appellants.

William A. Seibel, Jefferson City, for respondent.

Before COVINGTON, J.P., and
NUGENT and GAITAN, JJ.

ORDER

PER CURIAM:

Appeal from the judgment of the trial court which denied appellants damages on a sale of real estate on a contract for deed.

Affirmed. Rule 84.16(b).